UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| LULU YEAGER, by and through her next friend and Power of Attorney, Walter Yeager, | ) ) ) ) | CIV. 12-5037-JLV |
| Plaintiff, | ) ) | JUDGMENT OF DISMISSAL |
| vs. | ) ) | |
| BANKERS LIFE AND CASUALTY COMPANY, | ) ) ) | |
| Defendant. | ) | |

Pursuant to plaintiff's unopposed motion to dismiss, it is hereby

ORDERED, ADJUDGED, AND DECREED that this action is dismissed

with prejudice and without costs to either party.

Dated March 4, 2013.

BY THE COURT:

/s/ Jeffrey L. Viken

JEFFREY L. VIKEN
CHIEF JUDGE